UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Marc A. Rapaport

        Plaintiff(s),

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

-against-

ORDER S~~CHEDULING~~
INITIAL PRETRIAL CONFERENCE

Hudson Valley Bank, N.A.
        Defendant(s).

08 Civ. 5403(PKC)

---

P. KEVIN CASTEL, United States District Judge.

    All parties are directed to appear before the undersigned for an initial pretrial conference, in accordance with Rule 16 of the Federal Rules of Civil Procedure on September 5, 2008 at 10:45 a.m. in Courtroom 12C at the United States Courthouse, 500 Pearl Street, New York, New York. **THE PLAINTIFF IS DIRECTED TO IMMEDIATELY MAIL A COPY OF THIS NOTICE TO ALL PARTIES.** Principal trial counsel for the defense must appear at this and all subsequent conferences.

    **This case has been assigned to me for all purposes. By the date of the initial pretrial conference counsel for the defense shall file a Notice of Appearance.**

    **The parties are directed to submit a joint letter five business days prior to the conference addressing the following in separate paragraphs:** (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement. For the Court's convenience, the parties are requested to set forth the date and time of the Conference in the opening paragraph of the joint letter. The parties are directed to consult the undersigned's Individual Practices and to confer on a Case Management Plan. See the Court's internet site: www.nysd.uscourts.gov/judges/USDJ/castel.htm. The jointly proposed Case Management Plan should be submitted in writing to the Court at the conference. Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with the undersigned's Individual Practices.

    SO ORDERED.

                                              P. Kevin Castel
                                            United States District Judge

Dated: June 19, 2008
       New York, New York