# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604   Tel: (914) 323-7000   Fax: (914) 323-7001

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY*
*Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

**MEMO ENDORSED**

www.wilsonelser.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

Constantine A. Despotakis
Partner
e-mail: constantine.despotakis@wilsonelser.com

June 26, 2008

*Initial conference adjourned from September 5 to September 19, 2008 at 10:45 am*
*SO ORDERED*
*[signature] USDJ*
*6-26-08*

Via Facsimile (212)-805-7949 & First Class Mail

Honorable P. Kevin Castel
United States District Judge
United State District Court
Southern District of New York
500 Pearl Street
Room 2260
New York, NY 10007-1312

Re: Marc A. Rapaport v. Hudson Valley Bank, N.A.
Case No.: 08 CIV 5403 (PKC)
Our File No. 06680.00005

Dear Judge Castel:

Please be advised that we are the attorneys recently retained to represent defendant Hudson Valley Bank, N.A. in the above referenced matter.

In order to allow us sufficient time to investigate the facts and discuss the matter with our client, plaintiff has kindly agreed to extend our client's time to answer the complaint up to and including July 25, 2008, and I enclose herewith a stipulation to that effect which we respectfully ask be approved and 'so ordered' by the Court.

In addition, plaintiff has provided us with the Court's initial conference order scheduling the matter for September 5, 2008. I would also respectfully ask the Court to adjourn the initial conference because I will be on vacation with my children (I am divorced) during the last two weeks in August through Labor Day. I have so advised plaintiff of this request and have received no objection.

2033142.1

Honorable P. Kevin Castel
United States District Judge
United State District Court
June 26, 2008
Page 2

   If the Court is agreeable, I would respectfully ask for a date in late September or early October. In the interim, I will of course be discussing the matter with plaintiff and determine the possibility for a potential early resolution.

   We thank the Court for its kind attention to the foregoing.

Very truly yours,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Constantine A. Despotakis

Enclosure
cc:

<u>Via Facsimile (212-382-0920) & First Class Mail</u>

Marc A. Rapaport, Esq.
350 Fifth Avenue, Suite 4400
New York, NY 10118

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
2033142.1