```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC A. RAPAPORT,

          Plaintiff,

v.

HUDSON VALLEY BANK, N.A.,

          Defendant.

Case No. 08 CIV 5403 (PKC)

STIPULATION EXTENDING
DEFENDANT'S TIME
TO ANSWER COMPLAINT

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto by and through their undersigned counsel that the time for Defendant, Hudson Valley Bank, N.A. to answer the complaint filed in this action is hereby extended up to and including July 25, 2008 on consent; and furthermore that this stipulation may be executed by facsimile signatures which shall be deemed originals for all purposes, including filing and submission to this Court.

Dated: June 26, 2008
       White Plains, NY

_____
Marc C. Rapaport, Esq. (5775)
Plaintiff *Pro Se*
350 Fifth Avenue, Suite 4400
New York, NY 10118
Tel: (212) 382-1600
Fax: (212) 382-0920

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Constantine A. Despotakis (CD 4944)
Attorneys for Defendant,
Hudson Valley Bank, N.A.
3 Gannett Drive
White Plains, NY 10604
Tel: (914) 323-7000
Fax: (914) 323-7001
File No. 06680.00005

SO ORDERED: _____
       Hon. P. Kevin Castel
       U.S.D.J.

7-1-08

2032491.1