UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

MARC A. RAPAPORT                                           }        Case No. 08 CV 5403 (PKC)
                                                          }
                                       Plaintiff,          }
                                                          }        **NOTICE OF**
                                                          }        **APPEARANCE**
            -against-                                      }
                                                          }
HUDSON VALLEY BANK, N.A.                                   }
                                       Defendant,          }
---------------------------------------------------------------- X

**PLEASE TAKE NOTICE**, that Marc A. Rapaport, Esq., hereby appears as the

Plaintiff *Pro Se* in the above-referenced matter.

Dated: New York, New York
          September 2, 2008

                                        Yours etc,

                                        MARC A. RAPAPORT (5775)
                                        Plaintiff *Pro Se.*
                                        350 Fifth Avenue
                                        Suite 4400
                                        New York, NY 10118
                                        (212) 382-1600

To:     Constantine A. Despotakis, Esq. (CD 4944)
        Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
        Attorneys for Defendant
        Hudson Valley Bank, N.A.
        (a national banking association)
        3 Gannett Drive
        White Plains, NY 10604
        Ph: (212) 323-7000

1